THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDITH CODDING and <br> SARANDIS PAPADOPOULOS <br> 2617 N. Lexington Street <br> Arlington, VA 22207 <br>                       Plaintiffs, <br> vs. <br> ELI LILLY AND COMPANY, <br> Lilly Corporate Center <br> Indianapolis, IN 46285 <br>                       Defendant. | CIVIL ACTION _____ <br><br> SUPERIOR COURT NO. 2007 CA 006306 B |

**DEFENDANT ELI LILLY AND COMPANY'S DISCLOSURE
OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Defendant Eli Lilly and Company, certify that to the best of my knowledge and belief, Eli Lilly and Company has no parent companies, subsidiaries, or affiliates that have any outstanding securities in the hands of the public. These representations are made in order that judges of this Court may determine the need for recusal.

143009v2

Dated: October 29, 2007

Respectfully Submitted,

**SHOOK, HARDY & BACON, L.L.P.**

*/s/ John Chadwick Coots*
Michelle R. Mangrum, D.C. Bar No. 473634
John Chadwick Coots, D.C. Bar No. 461979
Judith L. O'Grady, D.C. Bar No. 494290
600 14TH Street, NW Suite 800
Washington, D.C. 20005-2004
Phone: (202) 783-8400
Fax: (202) 783-4211

and

David W. Brooks
SHOOK, HARDY & BACON, L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
Phone: (816) 474-6550
Fax: (816) 421-5547

**ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY**

143009v2

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 29th day of October, 2007, a true and accurate copy of the foregoing has been furnished by first-class U.S. Mail, postage prepaid, to counsel of record listed below.

    Aaron M. Levine
    Aaron M. Levine & Associates
    1320 19th St., N.W., Suite 500
    Washington, DC 20036

    **Attorneys for Plaintiffs**

_____
ATTORNEY FOR DEFENDANT
ELI LILLY AND COMPANY

143009v2