**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JUDITH CODDING, et al.,** | ] |
| | ] |
| Plaintiffs, | ] |
| | ] |
| v. | ] Civil Action No.: 07-1947 (RMC) |
| | ] Next Event: |
| **ELI LILLY AND COMPANY,** | ] |
| | ] |
| Defendant. | ] |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to LCvR 83.6, please enter the appearance of Steven J. Lewis of AARON M. LEVINE & ASSOCIATES as counsel for plaintiffs JUDITH CODDING and SARANDIS PAPADOPOULOS in the above-referenced matter.

Respectfully submitted,

AARON M. LEVINE & ASSOCIATES

 /s/ Steven J. Lewis
STEVEN J. LEWIS, #472564
1320 19th Street, N.W., Suite 500
Washington, DC  20036
202-833-8040
Fax: 202-833-8046