THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JUDITH CODDING, et al.,**<br><br>          **Plaintiffs,**<br><br>vs.<br><br>**ELI LILLY AND COMPANY,**<br><br>          **Defendant**. | **CIVIL ACTION No. 1:07-cv-01947-RMC** |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Pursuant to LCvR 83.6, please enter the appearance of John Chadwick Coots as counsel for Defendant Eli Lilly and Company in the above-captioned matter.

Respectfully submitted,

SHOOK, HARDY & BACON, L.L.P.

/s/ John Chadwick Coots
John Chadwick Coots, D.C. Bar No. 461979
600 14TH Street, N.W., Suite 800
Washington, D.C. 20005-2004
(202) 783-8400  Telephone
(202) 783-4211  Facsimile

**ATTORNEY FOR DEFENDANT
ELI LILLY AND COMPANY**

143489v1

- 2 -

## CERTIFICATE OF SERVICE

        I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 6th day of November, 2007, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine  
Aaron M. Levine & Associates  
1320 19th Street, N.W., Suite 500  
Washington, D.C. 20036  
**Attorneys for Plaintiffs**

        <u>/s/ John Chadwick Coots</u>  
        **ATTORNEY FOR DEFENDANT**  
        **ELI LILLY AND COMPANY**

143489v1