UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDITH CODDING, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ELI LILLY AND COMPANY, )<br>)<br>Defendant. )<br>) | Civil Action No. 07-1947 (RMC) |

## ORDER

It is hereby

**ORDERED** that this matter shall be referred to Magistrate Judge Kay for management of discovery, pretrial scheduling, and facilitation of settlement discussions. The initial scheduling conference previously set for December 12, 2007, is cancelled.

Date: November 21, 2007         /s/
                                ROSEMARY M. COLLYER
                                United States District Judge