UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUDITH CODDING, *et al.*,
        Plaintiffs,
  v.
ELI LILLY AND COMPANY,
        Defendant.

Civil Action No. 07-1947
(AK)

## SCHEDULING ORDER

The Court having considered the Joint Meet and Confer Statement submitted by counsel and a telephonic Scheduling Conference having been held on December 12, 2007, it is hereby

**ORDERED** that the parties will comply with the following schedule:

| | |
|---|---|
| Deadline for serving discovery requests | Jan.11, 2008 |
| Deadline for Pls.' expert designations and reports (Fed.R.Civ. P. 26(a)(2)) | May 12, 2008 |
| Deadline for joinder or amendment of pleadings | June 12, 2008 |
| Deadline for Def.'s expert designations and reports | July 11, 2008 |
| Close of all discovery (experts may be deposed until the end of discovery) | Aug. 12, 2008 |
| Deadline for filing dispositive motions | Sept. 11, 2008 |

Pre-Trial Conference date to be determined.

The parties are to jointly contact chambers, at 202-354-3030, to set a mediation date when they mutually agree that the case is ripe for mediation.

DATE: December 13, 2007         _____/s/_____
                                                          ALAN KAY
                                                          UNITED STATES MAGISTRATE JUDGE