CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JUDITH CODDING, et al.           )
                                       Plaintiff    )
       v.                           )   Civil Case Number 07-1947 (RCL)
                                           )
ELI LILLY AND COMPANY            )   Category B
                         Defendant    )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on September 5, 2008 from Judge Rosemary M. Collyer to Chief Judge Royce C. Lamberth by direction of the Calendar Committee.

(Case transferred by consent.)

                                   JUDGE ELLEN S. HUVELLE
                                   Chair, Calendar and Case
                                   Management Committee

cc:   Judge Collyer & Courtroom Deputy
       Chief Judge Lamberth & Courtroom Deputy
       Liaison, Calendar and Case Management Committee
       Civil Case Processing Clerk